# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Brian K. Sjostrom<br>&<br>Judith A. Sjostrom<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-13600 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/Rebecca A. Solarz, Esquire**
                            Rebecca A. Solarz, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322 FAX (215) 627-7734