**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:    SJOSTROM, BRIAN K.                          BKY # 17-13600 ELF

        SJOSTROM, JUDITH A.

                Debtors                    Chapter 7

## ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT

Counsel for Debtor has requested additional time to provide documents. The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ THOMAS OSHINSKY

_____
THOMAS OSHINSKY
Counsel for Debtor

/s/ TERRY P. DERSHAW_____
TERRY P. DERSHAW
Chapter 7 Trustee

### O R D E R

And it is ~~further~~ ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to October 27, 2017.

Date:  8/17/17

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE