United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brian K Sjostrom
Judith A Sjostrom
    Debtors

Case No. 17-13600-elf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Aug 17, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.
db/jdb       +Brian K Sjostrom,   Judith A Sjostrom,   712 Pondview Dr.,   Eagleville, PA 19403-1710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
        REBECCA ANN SOLARZ   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
        THOMAS DANIEL OSHINSKY   on behalf of Debtor Brian K Sjostrom toshinsky@oshinskymuhlenberglaw.com,
         oshinsky78@aol.com
        THOMAS DANIEL OSHINSKY   on behalf of Joint Debtor Judith A Sjostrom toshinsky@omba-law.com,
         oshinsky78@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                  TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:    SJOSTROM, BRIAN K.                    BKY # 17-13600 ELF

        SJOSTROM, JUDITH A.

        Debtors                    Chapter 7

## ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT

Counsel for Debtor has requested additional time to provide documents. The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ THOMAS OSHINSKY
_____
THOMAS OSHINSKY
Counsel for Debtor

/s/ TERRY P. DERSHAW_____
TERRY P. DERSHAW
Chapter 7 Trustee

### O R D E R

And it is ~~further~~ ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to October 27, 2017.

Date:  8/17/17

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE