# In the Eastern District of Pennsylvania
## UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| In re: | : | Docket Number: 17-13600 |
| Brian K. Sjostrom | : | |
| and | : | |
| Judith A Sjostrom | : | |

## **PRAECIPE TO WITHDRAW SUBMITTED DOCUMENTS**

Kindly withdraw the following filings

    Reaffirmation Agreement Between Debtor and Quicken Loans Filed by Thomas Daniel Oshinsky on behalf of Brian K Sjostrom, Judith A. Sjostrom (Entered: 5/24/2017)

    Reaffirmation Agreement Between Debtor and Holiday Inn Orange Lake Filed by Thomas Daniel Oshinsky on behalf of Brian K Sjostrom, Judith A. Sjostrom (Entered: 5/24/2017)

previously filed in the above captioned action

    /s/ Thomas Oshinsky, Esq. / 313212_____
    Signature/ID Number

    Thomas Oshinsky, Esq._____
    Print Name

    605 Oxford Drive_____
    Address

    Maple Shade, NJ 08052_____