Certificate Number: 00301-PAE-DE-030032196

Bankruptcy Case Number: 17-13600



00301-PAE-DE-030032196

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2017, at 7:09 o'clock PM EDT, BRIAN K SJOSTROM completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 16, 2017              By:   /s/Iris Serrano

                                      Name: Iris Serrano

                                      Title: Certified Bankruptcy Counselor