United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-13600-elf
Brian K Sjostrom Chapter 7
Judith A Sjostrom
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: JEGilmore Page 1 of 1 Date Rcvd: Nov 03, 2017
 Form ID: 195 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.
db/jdb +Brian K Sjostrom,   Judith A Sjostrom,   712 Pondview Dr.,   Eagleville, PA 19403-1710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2017 01:45:31 Synchrony Bank,
 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
 TOTAL: 1

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2017 at the address(es) listed below:
 REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
 TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
 THOMAS DANIEL OSHINSKY    on behalf of Debtor Brian K Sjostrom toshinsky@omba-law.com, oshinsky78@aol.com
 THOMAS DANIEL OSHINSKY    on behalf of Joint Debtor Judith A Sjostrom toshinsky@omba-law.com, oshinsky78@aol.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 7

Brian K Sjostrom and Judith A Sjostrom                        : Case No. 17−13600−elf

     Debtor(s)

### ORDER
_____

AND NOW, this day , November 3, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

73
Form 195